NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-13-0000807
20-AUG-2013
09:43 AM

NO. CAAP-13-0000807

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

In the Matter of the Application of WAIANAE COMPANY,
Land Court Application No. 1102

APPEAL FROM THE LAND COURT OF THE STATE OF HAWAIʻI
(1 L.D. CASE NO. 12-1-4456)

ORDER APPROVING THE AUGUST 09, 2013 STIPULATION FOR DISMISSAL
WITH PREJUDICE OF APPEAL
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of the Stipulation for Dismissal
With Prejudice of Appeal, filed August 9, 2013, by Petitioner-
Appellant Alan James Challe, and the record, it appears that
(1) the parties seek to dismiss the appeal, pursuant to Hawaiʻi
Rules of Appellate Procedure Rule 42(b); (2) the stipulation is
signed by all parties or their counsel; and (3) the parties agree
to bear their own costs and fees on appeal.  Therefore,

IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed. The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawaii,  August 20, 2013.

Chief Judge

Associate Judge

Associate Judge